IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN PANTER, individually and on behalf of a class of similarly situated individuals,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>ALLTEL CORPORATION  )<br>d/b/a ALLTEL WIRELESS,  )<br>)<br>Defendant.  ) | Civil Action No. 08 CV 2097<br><br>Judge Moran<br><br>Magistrate Judge Brown |

**AGREED MOTION FOR EXTENSION OF TIME TO ANSWER
OR OTHERWISE PLEAD IN RESPONSE TO PLAINTIFF'S COMPLAINT**

Defendant, Alltel Corporation ("Alltel"), by its attorneys, hereby moves this Court, under Fed. R. Civ. P. 6(b), for an extension of time to answer or otherwise plead in response to Plaintiff's Class Action Complaint, and in support thereof states as follows:

1. Alltel timely removed this case to this Court on April 14, 2008.

2. Under Federal Rule of Civil Procedure 81(c)(2)(C), Alltel is required to answer or otherwise plead in response to Plaintiff's Class Action Complaint by April 21, 2008 (five (5) days after removal).

3. Alltel is in the process of gathering records concerning the allegations contained in the Class Action Complaint so that it may fully address, and defend itself against, the claims asserted in the Class Action Complaint.

4. On April 16, 2008, counsel for Plaintiff agreed to an extension of time for Alltel to answer or otherwise plead in response to Plaintiff's Class Action Complaint.

5. On April 16, 2008, counsel for Plaintiff also indicated that they intended to file a motion seeking to remand this case to the Circuit Court of Cook County, Illinois.

6. In light of the anticipated motion for remand, Counsel for Plaintiff agreed to an extension of time for Alltel to answer or otherwise plead until twenty one (21) days after that motion is decided.

7. Alltel respectfully requests that this Court extend its time to answer or otherwise plead to a date twenty one (21) days after the Court rules on Plaintiff's anticipated motion to remand, or in the alternative, up to and including May 21, 2008.

8. Alltel's motion is not brought for purposes of needlessly delaying the proceedings and will not prejudice any party.

WHEREFORE, Alltel respectfully requests that this Court grant its motion for an extension of time allowed to answer or otherwise plead in response to Plaintiff's Class Action Complaint to a date twenty-one days after the Court rules on Plaintiff's anticipated motion to remand, or in the alternative, up to and including May 21, 2008.

Date: April 16, 2008	Respectfully submitted,

**ALLTEL CORPORATION**

By:	s/ Albert E. Hartmann
One of Its Attorneys

Michael O'Neil (ARDC #06201736)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
312-368-4000
Email: michael.oneil@dlapiper.com
Email: albert.hartmann@dlapiper.com
Email: shari.albrecht@dlapiper.com

**CERTIFICATE OF SERVICE**

  I, Albert E. Hartmann, an attorney, depose and state that on April 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to all counsel of record.

                s/ Albert E. Hartmann
                Albert E. Hartmann