IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **KEVIN PANTER, individually and on behalf of a class of similarly situated individuals,** | ) ) ) | |
| **Plaintiff,** | ) ) ) | |
| v. | ) ) | Civil Action No. 08 CV 2097 |
| **ALLTEL CORPORATION d/b/a ALLTEL WIRELESS,** | ) ) ) ) | Judge Moran |
| | ) | Magistrate Judge Brown |
| **Defendant.** | ) | |

### NOTICE OF AGREED MOTION

TO:   [**see certificate of service**]

PLEASE TAKE NOTICE that on Tuesday, April 22, 2008, at 9:00 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Moran, or any judge sitting in his stead, in courtroom 1843, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois and shall then and there present Alltel Corporation's **Agreed Motion for Extension of Time to Answer or Otherwise Plead in Response to Plaintiff's Complaint**, a true and correct copy of which was previously served upon you.

Date: April 16, 2008                                            **ALLTEL CORPORATION**


                                                                By:   s/ Albert E. Hartmann
                                                                      One of Its Attorneys

Michael O'Neil (ARDC #06201736)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
312-368-4000
Email: michael.oneil@dlapiper.com
Email: albert.hartmann@dlapiper.com
Email: shari.albrecht@dlapiper.com

**CERTIFICATE OF SERVICE**

    I, Albert E. Hartmann, an attorney, depose and state that on April 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to all counsel of record.

                                                   s/ Albert E. Hartmann
                                                   Albert E. Hartmann