IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN PANTER, individually and on behalf of a class of similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08 CV 2097 |
| ALLTEL CORPORATION d/b/a ALLTEL WIRELESS, | ) ) ) | Judge Moran |
| | ) | Magistrate Judge Brown |
| Defendant. | ) | |

**DEFENDANT ALLTEL CORPORATION'S**
**LOCAL RULE 3.2 DISCLOSURE STATEMENT**

Defendant, Alltel Corporation ("Alltel"), submits this Disclosure Statement pursuant to Fed. R. Civ. P. 7.1 and Local R. 3.2:

All affiliates of the party: Atlantis Holdings LLC.


Date: April 16, 2008                                     Respectfully submitted,

                                                         **ALLTEL CORPORATION**



                                                         By:   s/ Albert E. Hartmann
                                                               One of Its Attorneys


Michael O'Neil (ARDC #06201736)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
312-368-4000
Email: michael.oneil@dlapiper.com
Email: albert.hartmann@dlapiper.com
Email: shari.albrecht@dlapiper.com

CHGO1\31197074.1

**CERTIFICATE OF SERVICE**

    I, Albert E. Hartmann, an attorney, depose and state that on April 16, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to all counsel of record.

                                                             s/ Albert E. Hartmann
                                                             Albert E. Hartmann