UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN PANTER, individually and on behalf of a class of similarly situated individuals,<br><br>Plaintiff,<br><br>v.<br><br>ALLTEL CORPORATION d/b/a ALLTEL WIRELESS,<br><br>Defendant. | No. 08 CV 2097<br><br>Judge James B. Moran<br><br>Magistrate Judge Geraldine Soat Brown |

## NOTICE OF MOTION

TO:  All defense counsel of record.

On April 29, 2008, at 9:00 a.m. or as soon thereafter as counsel may be heard, I shall appear before the Honorable James B. Moran or any Judge sitting in his stead, in the courtroom usually occupied by him, located in Courtroom 1843 at the United States District Court, Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, 60604 and present Plaintiff's Motion to Remand, a copy of which is hereby served upon you.

Myles McGuire, Attorney for Plaintiff
KamberEdelson, LLC
53 West Jackson Boulevard, Suite 1530
Chicago, Illinois 60604
(312) 589-6370
mmcguire@kamberedelson.com

## CERTIFICATE OF SERVICE

    Myles McGuire, an attorney, hereby certifies that he served Plaintiff's Motion to Remand upon the person(s) to whom the preceding Notice of Motion is addressed by electronic transmission on April 21, 2008.

                                                                     _____/s/ Myles McGuire_____