## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
### Eastern Division

Kevin Panter
                    Plaintiff,

v.                                    Case No.: 1:08−cv−02097
                                      Honorable James B. Moran

Alltel Corporation
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 29, 2008:

    MINUTE entry before Judge Honorable James B. Moran:Motion hearing held on 4/29/2008 regarding motion to remand [11]. Defendant's response to plaintiff's motion to remand [11] to be filed by 5/13/2008. Plaintiff's reply in support of its motion to remand [11] to be filed by 5/27/2008. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.