## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| **KEVIN PANTER, individually and on behalf of a class of similarly situated individuals,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| **v.** | ) ) | **Civil Action No. 08 CV 2097** |
| **ALLTEL CORPORATION d/b/a ALLTEL WIRELESS,** | ) ) ) | **Judge Moran** |
| | ) | **Magistrate Judge Brown** |
| **Defendant.** | ) | |

### AGREED MOTION FOR ENTRY OF
### STIPULATED PROTECTIVE ORDER

Defendant, Alltel Corporation ("Alltel"), by its attorneys, and under federal Rule of Civil Procedure 26(c), hereby requests the Court for an Order entering the Stipulated Protective Order which the parties have drfted, and I support of its Motion states as follows:

1.    The parties expect to exchange written discovery which will call for the production or disclosure of certain confidential documents and information.

2.    Alltel and Plaintiff in this action have agreed to the terms of a Stipulated Protective Order.  The proposed Stipulated Protective Order will be submitted to the Court vai e-mail per the insuructions for submission on the Court's website.

3.    The parties have endeavored to include language found in similar Protective Orders entered by this Court.

4.    Alltel requests that this Court order the entry of the Stipulated Protective Order.

5.    Plaintiff requests that this Court order the entry of the Stipulated Protective Order.

CHGO1\31210311.1

2

WHEREFORE, and for all the foregoing reasons, Alltel respectfully requests that this

Court enter the proposed Stipulated Protective Order.

Date: May 6, 2008                                      Respectfully submitted,

                                                      **ALLTEL CORPORATION**


                                          By:    s/ Albert E. Hartmann
                                                 One of Its Attorneys


Michael O'Neil (ARDC #06201736)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
312-368-4000
Email: michael.oneil@dlapiper.com
Email: albert.hartmann@dlapiper.com
Email: shari.albrecht@dlapiper.com

CHGO1\31210311.1

3

## CERTIFICATE OF SERVICE

I, Albert E. Hartmann, an attorney, depose and state that on May 6, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to all counsel of record.


s/ Albert E. Hartmann
Albert E. Hartmann

CHGO1\31210311.1