IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN PANTER, individually and on behalf of a class of similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No. 08 CV 2097 |
| ALLTEL CORPORATION d/b/a ALLTEL WIRELESS, | ) ) ) ) | Judge Moran |
| Defendant. | ) ) | Magistrate Judge Brown |

## MOTION TO FILE DOCUMENTS UNDER SEAL

Defendant, Alltel Corporation ("Alltel"), by its attorneys, and under Local Rules 5.8 and 26.2 and Paragraph 17 of the Stipulated Protective Order in this matter, hereby moves for an order allowing it to file certain documents under seal:

1. On May 6, 2008, Alltel filed an Agreed Motion for Entry of a Proposed Stipulated Protective Order (Docket No. 16), and noticed this motion for presentation on May 13, 2008 (Docket No. 17). In accordance with the Court's standing order, counsel for Alltel sent a copy of the Proposed Stipulated Protective Order to the Court via e-mail.

2. On May 12, 2008, counsel for Alltel telephoned the Court's chambers to confirm if an appearance would be necessary on the May 13, 2008 presentation date. The Court's chambers advised counsel for Alltel that no appearance would be necessary on the agreed motion, and that the agreed motion would be granted. Counsel for Alltel notified counsel for Plaintiff that they did not need to appear for the May 13, 2008 presentation date. Although Alltel and Plaintiff understand that the Agreed Motion for Entry of a Proposed Stipulated Protective

Order has been granted, the Stipulated Protective Order has not been entered on the Court's ECF system yet.

3.  On April 21, 2008, Plaintiff filed a motion to remand this action to state court (Docket No. 11).

4.  In its Response in Opposition to Plaintiff's Motion to Remand and the supporting affidavit, Alltel must disclose and discuss information which has been designated as Confidential Information under the Stipulated Protective Order. Specifically, the portions of the Response and supporting affidavit which describe and discuss the total amounts billed to customers for certain services are proprietary information of Alltel, a privately-held company.

5.  On May 13, 2008, in accordance with Paragraph 17 of the Stipulated Protective Order, Alltel filed redacted versions of its Response in Opposition to Plaintiff's Motion to Remand and supporting affidavit with the Court (Docket No. 18).

6.  On May 13, 2008, Alltel served counsel for Plaintiff (by e-mail) with the un-redacted Response in Opposition to Plaintiff's Motion to Remand and supporting affidavit.

7.  Alltel now requests permission, under Paragraph 17 of the Stipulated Protective Order, to file an un-redacted Response in Opposition to Plaintiff's Motion to Remand and supporting affidavit under seal.

WHEREFORE, Alltel respectfully request that this Court enter an order providing that:

A.  Alltel may file un-redacted copies of its Response in Opposition to Plaintiff's Motion to Remand and supporting affidavit under seal; and

B.  Granting any further relief that the Court deems proper and equitable.

Date: May 13, 2008                                      Respectfully submitted,

**ALLTEL CORPORATION**

By:  s/ Albert E. Hartmann
     One of Its Attorneys

Michael O'Neil (ARDC #06201736)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
312-368-4000
Email: michael.oneil@dlapiper.com
Email: albert.hartmann@dlapiper.com
Email: shari.albrecht@dlapiper.com

## **CERTIFICATE OF SERVICE**

  I, Albert E. Hartmann, an attorney, depose and state that on May 13, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to all counsel of record.

                s/ Albert E. Hartmann
                Albert E. Hartmann