IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **KEVIN PANTER, individually and on behalf of a class of similarly situated individuals,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **Civil Action No. 08 CV 2097** |
| **ALLTEL CORPORATION d/b/a ALLTEL WIRELESS,** | ) ) ) | **Judge Moran** |
| | ) | **Magistrate Judge Brown** |
| **Defendant.** | ) | |

## AGREED MOTION FOR EXTENSION OF TIME AND TO RESCHEDULE STATUS HEARING

Defendant, Alltel Corporation ("Alltel"), by its attorneys, and with the agreement of Plaintiff, Kevin Panter, hereby moves this Court for an extension of time to answer or otherwise plead in response to Plaintiff's Class Action Complaint and to reschedule the status hearing set for June 11, 2008, and in support thereof states as follows:

1.     Alltel timely removed this case to this Court on April 14, 2008. (Docket No. 1.)

2.     On April 21, 2008, Plaintiff filed a motion to remand this matter to state court. (Docket No. 11.)

3.     Alltel has filed its response in opposition to Plaintiff's motion for remand (Docket No. 18), and Plaintiff's reply is due on May 27, 2008 (see Docket No. 15 (order setting briefing schedule)).

4.     This Court previously allowed Alltel until May 21, 2008 to file an answer or other responsive pleading (Docket No. 13), and set an initial status conference under Federal Rule of Civil Procedure 16 for June 11, 2008 (Docket No. 14).

5. In light of the motion for remand, Plaintiff and Alltel believe that, in the interests of judicial economy, they should not begin discovery unless and until the Court denies the motion for remand.

6. Similarly, the parties believe that Alltel should be allowed until twenty one (21) days after the motion for remand is decided to answer or otherwise plead.

7. Alltel respectfully requests that this Court extend its time to answer or otherwise plead to a date twenty one (21) days after the Court rules on Plaintiff's motion for remand.

8. Alltel also respectfully requests that this Court reschedule the Rule 16 status conference until a date at least twenty one (21) days after the Court rules on Plaintiff's motion for remand.

9. Counsel for Plaintiff has reviewed this motion, and agrees to the representations and requests for relief made herein.

10. Alltel's motion is not brought for purposes of needlessly delaying the proceedings and will not prejudice any party.

WHEREFORE, Alltel respectfully requests that this Court: (1) extend its time to answer or otherwise plead in response to Plaintiff's Class Action Complaint to a date twenty-one (21) days after the Court rules on Plaintiff's motion for remand; and (2) reschedule the Rule 16 status conference for a date at least twenty-one (21) days after the Court rules on Plaintiff's motion for remand.

Date: May 19, 2008                                          Respectfully submitted,

                                                            **ALLTEL CORPORATION**


                                                            By:    s/ Albert E. Hartmann
                                                                   One of Its Attorneys

Michael O'Neil (ARDC #06201736)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
312-368-4000
Email: michael.oneil@dlapiper.com
Email: albert.hartmann@dlapiper.com
Email: shari.albrecht@dlapiper.com

**CERTIFICATE OF SERVICE**

    I, Albert E. Hartmann, an attorney, depose and state that on May 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to all counsel of record.

                                                                                       s/ Albert E. Hartmann
                                                                                       Albert E. Hartmann