# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| KEVIN PANTER, individually and on behalf of a class of similarly situated individuals, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Civil Action No. 08 CV 2097 |
| ALLTEL CORPORATION d/b/a ALLTEL WIRELESS, ) ) ) ) | Judge Moran |
| Defendant. ) | Magistrate Judge Brown |

## NOTICE OF AGREED MOTION

TO:    [**see certificate of service**]

PLEASE TAKE NOTICE that on May 21, 2008, at 9:00 a.m., or as soon thereafter as this motion may be heard, we shall appear before the Honorable Judge Moran, or any judge sitting in his stead, in courtroom 1843, at the Dirksen Federal Building, 219 S. Dearborn St., Chicago, Illinois and shall then and there present Alltel Corporation's **Agreed Motion For Extension Of Time And To Reschedule Status Hearing**, a true and correct copy of which was previously served upon you.

Date: May 19, 2008                                                **ALLTEL CORPORATION**


                                                        By:    s/ Albert E. Hartmann
                                                                 One of Its Attorneys


Michael O'Neil (ARDC #06201736)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
312-368-4000
Email: michael.oneil@dlapiper.com
Email: albert.hartmann@dlapiper.com
Email: shari.albrecht@dlapiper.com

## **CERTIFICATE OF SERVICE**

    I, Albert E. Hartmann, an attorney, depose and state that on May 19, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to all counsel of record.

s/ Albert E. Hartmann<br>
Albert E. Hartmann