IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| KEVIN PANTER, individually and on behalf of a class of similarly situated individuals, )<br><br>Plaintiff, )<br><br>v. )<br><br>ALLTEL CORPORATION d/b/a ALLTELL WIRELESS, )<br><br>Defendant. ) | No. 08 CV 2097<br><br>Judge Moran<br><br>Magistrate Judge Brown |

**NOTICE OF FILING**

TO: Sharon Renae Albrecht
Albert Edward Hartmann
Michael C. O'Neil
DLA Piper US LLP
203 North LaSalle Street
20th Floor
Chicago, IL 60601
(312) 368-2106

    PLEASE TAKE NOTICE that on May 27, 2008, I e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, IL, using the CM/ECF filing system, Plaintiff's Reply to Defendant's Response in Opposition to Plaintiff's Motion to Remand, a copy of which is attached hereto and hereby served upon you.

                                          Respectfully submitted,

                                          By /s/ Myles McGuire
                                          MYLES MCGUIRE, one of the Attorneys
                                          for Plaintiff Kevin Panter, individually and
                                          on behalf of a class of similarly situated
                                          individuals

## CERTIFICATE OF SERVICE

      I hereby certify that on May 27, 2008 I electronically filed Plaintiff's Reply to Defendant's Response in Opposition to Plaintiff's Motion to Remand with the Clerk of the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF system which will send notification of such filing via email to the following:

Sharon Renae Albrecht
Albert Edward Hartmann
Michael C. O'Neil
DLA Piper US LLP
203 North LaSalle Street
20th Floor
Chicago, IL 60601
(312) 368-2106

Dated: May 27, 2008

                                                    By: /s/ Myles McGuire
                                                        MYLES MCGUIRE
                                                        One of the Attorneys for Kevin Panter,
                                                        individually and on behalf of a class of
                                                        similarly situated individuals

JAY EDELSON
MYLES MCGUIRE
KAMBEREDELSON, LLC
53 West Jackson Boulevard, Suite 550
Chicago, Illinois 60604
Telephone: (312) 589-6370