IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN PANTER, individually and on behalf of a class of similarly situated individuals, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Civil Action No. 08 CV 2097 |
| ALLTEL CORPORATION d/b/a ALLTEL WIRELESS, | ) ) ) ) | Judge Moran |
| Defendant. | ) ) | Magistrate Judge Brown |

### NOTICE OF FILING UNDER SEAL

TO:  See Certificate of Service

**PLEASE TAKE NOTICE** that on May 28, 2008 Defendant, Alltel Corporation filed the un-redacted version of Defendant Alltel Corporation's Response In Opposition To Plaintiff's Motion To Remand, with supporting affidavit, (Docket No. 18) under seal with the Clerk of the Court pursuant to the Stipulated Protective Order in this matter (Docket No. 22) and the order entered by Judge Moran on May 28, 2008 (Docket No. 28).  Copies of the documents filed under seal were previously served upon you.

Dated: May 28, 2008                                                         Respectfully submitted,

                                                                                           **ALLTEL CORPORATION**

                                                              By:      s/ Albert E. Hartmann
                                                                            One of Its Attorneys

Michael O'Neil (ARDC #06201736)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601

CHGO1\31217434.1

312-368-4000
Email: michael.oneil@dlapiper.com
Email: albert.hartmann@dlapiper.com
Email: shari.albrecht@dlapiper.com

CHGO1\31217434.1

## **CERTIFICATE OF SERVICE**

      I, Albert E. Hartmann, an attorney, depose and state that on May 28, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to all counsel of record.

                                            s/ Albert E. Hartmann
                                            Albert E. Hartmann

CHGO1\31217434.1