Order Form (01/2005)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| CASE NUMBER | 08 C 2097 | DATE | 7/11/2008 |
| CASE TITLE | KEVIN PANTER vs. ALLTEL CORPORATION | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion And Order. Plaintiff's motion to remand [11] is denied.

■ [ For further detail see separate order(s).]

Docketing to mail notices.



| | | Courtroom Deputy Initials: | LG |
|---|---|---|---|