IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **KEVIN PANTER, individually and on behalf of a class of similarly situated individuals,** | ) ) ) | |
| **Plaintiff,** | ) ) | |
| v. | ) ) | **Civil Action No. 08 CV 2097** |
| **ALLTEL CORPORATION d/b/a ALLTEL WIRELESS,** | ) ) ) ) | **Judge Moran** **Magistrate Judge Brown** |
| **Defendant.** | ) | |

### MOTION TO DISMISS CLASS ACTION COMPLAINT

Defendant, Alltel Corporation ("Alltel"), by its attorneys, DLA Piper US LLP, pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure, hereby moves to dismiss both counts of Plaintiff's Class Action Complaint in this matter for failure to state a claim upon which relief can be granted. In the alternative, Alltel moves to dismiss Count II of the Class Action Complaint pursuant to Rule 9(b) of the Federal Rules of Civil Procedure for failure to plead fraud with the required particularity. **By submitting this Motion to the Court, Alltel does not waive its right to arbitrate this dispute, and if the Court does not grant this Motion, Alltel will seek to compel arbitration.** In support thereof, Alltel submits the accompanying Memorandum in Support of Motion to Dismiss Class Action Complaint, and the attached exhibit, which is incorporated into this Motion.

WHEREFORE, Alltel requests that this Court enter an order dismissing Counts I and II of the Complaint, and dismissing this action with prejudice.

Date: August 1, 2008                           **ALLTEL CORPORATION**

                                                                 By:  s/ Michael O'Neil
                                                                        One of Its Attorneys

Michael O'Neil (ARDC #06201736)
Albert E. Hartmann (ARDC #06256064)
Sharon R. Albrecht (ARDC #06288927)
**DLA PIPER US LLP**
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
312-368-4000
Email: michael.oneil@dlapiper.com
Email: albert.hartmann@dlapiper.com
Email: shari.albrecht@dlapiper.com

## **CERTIFICATE OF SERVICE**

     I, Michael O'Neil, an attorney, depose and state that on August 1, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will serve electronic notice to all counsel of record.

                                      s/ Michael O'Neil
                                      Michael O'Neil