**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                              Case Number: 08-cv-02097
KEVIN PANTER,
        Plaintiff,
  v.
ALLTEL CORPORATION,
        Defendant.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

KEVIN PANTER - Plaintiff

| | |
|---|---|
| NAME (Type or print) <br> Rafey S. Balabanian | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Rafey S. Balabanian | |
| FIRM <br> KamberEdelson, LLC | |
| STREET ADDRESS <br> 53 West Jackson Boulevard, Suite 550 | |
| CITY/STATE/ZIP <br> Chicago, Illinois 60604 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6285687 | TELEPHONE NUMBER <br> 312/589-6370 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐    NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐    NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐    NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐    APPOINTED COUNSEL ☐ | |