UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| KEVIN PANTER, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 08-cv-02097 |
| | ) | |
| ALLTEL CORPORATION, | ) | Honorable James B. Moran |
| | ) | |
| Defendant. | ) | |

### NOTICE OF FILING

TO:   See attached certificate of service.

**PLEASE TAKE NOTICE** that on the 15th day of August, 2008, we filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, an ***Appearance on behalf of Plaintiff Kevin Panter***, a copy of which is attached hereto and hereby served upon you.

           **KEVIN PANTER**, individually, and
           on behalf of all others similarly situated


           By: /s/  Rafey S. Balabanian_____
                 One of Mr. Panter's Attorneys

Rafey S. Balabanian (ARDC no. 6285687)
KamberEdelson, LLC
53 West Jackson Boulevard, Suite 550
Chicago, Illinois 60604
312/589-6370 (office)
312/873-4610 (fax)

**CERTIFICATE OF SERVICE**

  I, Rafey S. Balabanian, an attorney, certify that on August 15, 2008, I served the above and foregoing ***Appearance on behalf of Plaintiff Kevin Panter***, by causing true and accurate copies of such paper to be filed and transmitted to the persons shown below via the Court's CM/ECF electronic filing system, before the hour of 5:00 p.m., on this the 15th day of August, 2008.

Michael O'Neil
Albert E. Hartmann
Sharon R. Albrecht
DLA Piper US LLP
203 North LaSalle Street, Suite 1900
Chicago, Illinois 60601
michael.oneil@dlapiper.com
albert.hartmann@dlapiper.com
shari.albrecht@dlapiper.com

      /s/ Rafey S. Balabanian